

# Fourth Court of Appeals
## San Antonio, Texas

October 26, 2016

No. 04-16-00353-CR

Veronica **CALAHAN,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 187th Judicial District Court, Bexar County, Texas
Trial Court No. 2006CR8509
Honorable Steve Hilbig, Judge Presiding

# O R D E R

Appellant's court-appointed attorney has filed a brief and motion to withdraw pursuant to *Anders v. California*, 386 U.S. 738 (1967), in which he asserts there are no meritorious issues to raise on appeal. Counsel certifies he has served copies of the brief and motion on appellant, and has informed appellant of her right to review the record and file her own brief. S*ee Nichols v. State*, 954 S.W.2d 83, 85 (Tex. App.—San Antonio 1997, no pet.); *Bruns v. State*, 924 S.W.2d 176, 177 n.1 (Tex. App.—San Antonio 1996, no pet.).1

If appellant desires to file a *pro se* brief, she must do so within forty-five days from the date of this order. *See Bruns*, 924 S.W.2d at 177 n.1.

If appellant files a timely pro se brief, the State may file a responsive brief no later than thirty days after appellant's pro se brief is filed in this court. Alternatively, if appellant does not file a timely pro se brief, the State may file a brief in response to counsel's brief no later than thirty days after the pro se brief is due.

We further ORDER the motion to withdraw filed by appellant's counsel to be HELD IN ABEYANCE pending further order of the court. *See Penson v. Ohio*, 488 U.S. 75, 80-82 (1988); *Schulman v. State*, 252 S.W.3d 403, 410-11 (Tex. Crim. App. 2008).

---

1Counsel is reminded that he should explain to appellant the procedure for obtaining the record. *See Bruns*, 924 S.W.2d at 177 n.1.

Appellant may obtain a copy of the appellate record by filing a written request, not later than **November 9, 2016**, with the clerk of the trial court, **Donna Kay McKinney**, **101 W. Nueva Suite 216, San Antonio, Texas 78205**. If appellant files a written request for the record with the trial court clerk, **Donna Kay McKinney** is ORDERED to immediately send a copy of the record to appellant.

We further ORDER the Clerk of this Court to serve a copy of this order on appellant, his counsel, the attorney for the State, and the clerk of the trial court.

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 26th day of October, 2016.

_____
Keith E. Hottle
Clerk of Court